GUSTAVUS T. KIRBY, Respondent, v. BROWN, WHEELOCK: HARRIS, VOUGHT & CO., INC., Appellant.

(Submitted February 9, 1931; decided February 17, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 255 N. Y. 274.)